**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

MICHAEL MEDINA                                                       PLAINTIFF


v.                          NO. 4:26-cv-00341-PSH


FRANK BISIGNANO, Commissioner of                          DEFENDANT
the Social Security Administration


## ORDER


Plaintiff Michael Medina ("Medina") began this case by filing a complaint pursuant to 42 U.S.C. 405(g). In the complaint, he challenged the denial of his application for disability insurance benefits.

The Commissioner of the Social Security Administration ("Commissioner") responded to the complaint by filing a motion to dismiss pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6). See Docket Entry 7. In the motion, he asked that the complaint be dismissed because it is untimely. He joined his motion with exhibits that included a Declaration from Lesha Cowell, a representative of the Social Security Administration.

Medina filed a response to the Commissioner's motion and accompanied the response with several exhibits. In the response, Medina maintained that the motion should be denied because his complaint is timely.

The Court reviewed the parties' submissions and determined that the parties' exhibits would not be excluded in resolving the motion. Pursuant to Rule 12(d), the parties were notified that the motion would be, and is, construed as one for summary judgment pursuant to Rule 56.[1] They were given up to, and including, June 29, 2026, to present all the material that is pertinent to such a motion.

Medina has now filed an unopposed motion to dismiss without prejudice. See Docket Entry 10. In the motion, he represents, in part, the following:

> 4. Since the filing of the Court's Order, the parties have conferred and have reached an agreement that this action should be dismissed without prejudice.

---

[1] Rule 12(d) provides the following:

If, on a motion under Rule 12(b)(6) ..., matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion.

5. The Defendant has been contacted and does not oppose the relief requested herein, and therefore this Motion is unopposed.

6. The parties respectively request that the Court dismiss this action without prejudice.

WHERFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court enter an Order dismissing this action without prejudice.

See Docket Entry 10 at CM/ECF 1-2.

For good cause shown, Medina's unopposed motion to dismiss without prejudice is granted. See Docket Entry 10. This case is dismissed without prejudice. The Commissioner's motion for summary judgment is denied as moot. See Docket Entry 7. A separate judgment will be entered.

IT IS SO ORDERED this 30th day of June, 2026.

 

 

_____
UNITED STATES MAGISTRATE JUDGE