**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**MICHAEL MEDINA**                                                          **PLAINTIFF**


**v.**                                    **NO. 4:26-cv-00341-PSH**


**FRANK BISIGNANO, Commissioner of**                          **DEFENDANT**
**the Social Security Administration**


## JUDGMENT


Pursuant to the Order entered this day, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 1st day of July, 2026.


_____
UNITED STATES MAGISTRATE JUDGE